FILED
2018 AUG 20 PM 12: 56

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

CARLIN UPTON POWELL     CASE NO. 1:17-CV-01302

    Plaintiff

VS     JUDGE: JAMES S. GWIN

MEDICAL DEPARTMENT
CUYAHOGA COUNTY
CORRECTIONAL CENTER, et al.,

## NOTICE OF APPEAL

    Plaintiff, Carlin U. Powell request of the United States District Court for the Northern District of Ohio (EASTERN DIVISION). The request of Appeal to the UNITED STATES COURT OF APPEALS for the Sixth Circuit. regarding to Final Opinion's and Orders of **Case No. 1:17-CV-1302.** This 14th Day of August 2018.

x *Carlin U Powell*
Carlin U. Powell
#751336
Correctional Reception Center
11271 State Route 762
Orient, Ohio 43146
PRO SE

## CERTIFICATE OF SERVICE

On this 14th day of August, 2018 the foregoing Request of Appeal was filed in regular U.S. Mail to:

THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF OHIO
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland Ohio 44113-1830

x *Carlin U. Powell*
Carlin U. Powell
#751336
Correctional Reception Center
11271 State Route 762
Orient, Ohio 43146
PRO SE